

ACCEPTED
03-14-00515-CV
7427921
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 10:30:14 AM
JEFFREY D. KYLE
CLERK



**gbkh**
GEORGE BROTHERS
KINCAID & HORTON LLP

JOHN W. THOMAS, PARTNER

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | JTHOMAS@GBKH.COM | WWW.GBKH.COM

October 19, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/19/2015 10:30:14 AM

JEFFREY D. KYLE
Clerk

***Via Electronic Filing***
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

      Re:     Case #03-14-00515-CV; *Salvatore Magaraci and Estate Protection Planning Corporation v Espinosa, in his capacity as Receiver of Retirement Value, LLC*

Dear Clerk:

     This letter is to notify the Court that I will be on vacation on February 16, 2016 through February 26, 2016. I respectfully request that the Court not set any matters before the Court in the above-referenced case for these dates.

     Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

               Yours sincerely,

               George, Brothers, Kincaid & Horton, LLP

               ***/s/ John W. Thomas***
               John W. Thomas
               Counsel for Appellee, Eduardo S. Espinosa
               In his Capacity as Receiver for Retirement
               Value, LLC

JWT/ejg
cc:     Timothy A. Hootman, Counsel for Appellants *(Via Electronic Service)*
        Client